BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627

Counsel for Defendant CAMARENA-DIAZ

FILED
MAR 0 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR MANUEL CAMARENA-DIAZ<br><br>    Defendants. | No. CR 06-00639-DLJ<br><br>STIPULATION OF PARTIES; ORDER CONTINUING DATES |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING HEARING date of March 2, 2007, presently scheduled at 10:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for March 16, 2007 at 10:00 a.m.

The reason for this request is that defense counsel will be out of state on March 2, 2007 due to a social commitment involving defense counsel's prior judicial clerkship which arose after the sentencing was scheduled in this case; defense counsel will be out of the country thereafter between March 4 and March 9. Mr. Camarena-Diaz and defense counsel discussed the matter and Mr. Camarena-Diaz wished to continue the case rather than have another attorney represent him for what is anticipated to be an uncontested sentencing. He has no objection to continuing the matter. A message has been left for Officer Charles W. Mabie, United States Probation Officer,

1 | but his availability is not yet confirmed. However, it is believed that he will be present on that
2 | date for other cases before this court.
3
4
5 | DATED: 2/28/07                                   /S/
6
7 |                                                  _____
  |                                                  KESLIE STEWART
  |                                                  Assistant United States Attorney
8
9 | DATED: 2/28/07
10 |                                                 /S/
11 |                                                 _____
   |                                                 JOHN PAUL REICHMUTH
   |                                                 Assistant Federal Public Defender
12 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a
13 | "conformed" signature (/S/) within this e-filed document.

1  <u>UNITED STATES OF AMERICA VS. VICTOR MANUEL CAMARENA-DIAZ</u>

3  **ORDER**

4  Upon stipulation of the parties to the above-entitled matter and good cause appearing,

5  IT IS FURTHER ORDERED that the SENTENCING HEARING date of March 2, 2007, presently scheduled at 10:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for March 16, 2007 at 10:00 a.m.

8  DATED: 3-1-07

———————————————
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE